IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., and ROBERT T. ALLEN, individually,<br><br>Defendants. | CV-19-16-H-CCL<br><br>Order |

Having considered the Motion to Appear Pro Hac Vice and finding that the application is complete and in order,

IT IS HEREBY ORDERED that the motion to admit Andrew Elliott is GRANTED on the condition that Plaintiff's counsel comply with the provisions of Local Rule 83.1(d). Admission is personal to counsel Elliott for purposes of this case only.

Dated this 26th day of February, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE