IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., and ROBERT T. ALLEN, individually,<br><br>Defendants. | CV-19-16-H-CCL<br><br>Order |

To ensure that the March 28, 2019, evidentiary hearing on Plaintiff's Motion for an Order to Show Cause on NMAC's Second Claim for Relief – Claim and Delivery of Personal Property (Doc. 6) and Plaintiff's Motion for Preliminary Injunction (Doc. 8) proceeds efficiently,

IT IS HEREBY ORDERED that the parties shall meet on or before March 27, 2019, to prepare a joint status report, to be filed by Plaintiff's counsel no later than 4:00 p.m. (Mountain Daylight Time) on March 27, 2019. The joint status report shall address the following topics and should be modeled on the Final Pretrial Order, as described in L.R. 16.4:

1. Nature of Action;

2. Jurisdiction and Venue;

3. Agreed Facts;

4. Elements of Liability;

5. Defense Elements;

6. Relief Sought;

7. Legal Issues; and

8. Estimate of time needed for hearing.

IT IS FURTHER ORDERED that the parties shall exchange exhibits and file exhibit lists (in portrait format) with columns showing:

1. Exhibit number;

2. Brief description;

3. Opposing party's objection, if any.

The parties shall file all exhibits electronically, along with the exhibit list, no later than 4:00 p.m. (Mountain Daylight Time) on March 27, 2019.

IT IS FURTHER ORDERED that any party planning to call witnesses shall file a witness list no later than 4:00 p.m. (Mountain Daylight Time) on March 27, 2019. The witness list shall state the full name of each witness and a brief description of the nature and substance of the witness's testimony.

Dated this 25th day of March, 2019.

*/s/ Charles C. Lovell*
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE