FILED

3/27/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., and ROBERT T. ALLEN, individually,<br><br>Defendants. | Cause No. CV-19-16-H-CCL<br><br><br><br>**ORDER** |

Defendants Robert Allen Nissan of Helena, Inc., and Robert T. Allen filed an Unopposed Motion For Extension of Time to File Answer (Doc. 30). The Defendants ask the Court for an extension up to and including April 22, 2019, in which to file their answer.

Counsel for the Defendants states he is preparing for a trial in another matter and the parties continue to cooperate, as evidenced by the Stipulation regarding the preliminary injunction. Counsel for the Plaintiff has been contacted and does not oppose the Motion. For good cause shown,

IT IS HEREBY ORDERED Defendants have up to and including April 22, 2019, to file their answer to Plaintiff's Verified Complaint.

DATED this 27th day of March, 2019.

_____
CHARLES C. LOVELL
Senior United States District Judge