MARK A. ELLINGSEN, MSB #4880
WITHERSPOON KELLEY
Spokesman Review Building
608 Northwest Boulevard, Suite 300
Coeur d' Alene, ID 83814-2146
Telephone: (208) 667-4000
Facsimile: (208) 667-8470
Email: mae@witherspoonkelley.com

ANDREW S. ELLIOTT (CA State Bar No. 254757), admitted pro hac vice
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for
Nissan Motor Acceptance Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF MONTANA

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., an Idaho corporation; ROBERT T. ALLEN, an individual,<br><br>　　　　Defendants. | Case No. 6:19-cv-00016-CCL<br><br>JOINT DISCOVERY PLAN |

06888.0266/15069173.1

DISCOVERY PLAN

Pursuant to Rule 26(f), L.R. 16.2(b)(2) and 26.1, as well as this Court's Order, the parties respectfully submit this joint discovery plan.

1. **Initial Disclosures**

The parties do not request any changes regarding the time, form or requirements of initial disclosures. The parties have already exchanged their initial disclosures.

2. **Discovery**

To the extent that the matter cannot be resolved by stipulation or settlement, the parties believe discovery will be needed on the following subjects:

By Plaintiff:

a. Defendants' defenses, in any, to the amounts owed and the sale of collateral previously repossessed by Plaintiff.

By Defendants:

a. The accounting of amounts owed.

b. Sales of collateral seized for sale.

3. **Electronically-Stored Information**

The parties do not foresee any issues with regards to ESI.

4. **Privileged Information**

The parties do not foresee any issues with regards to privileged information.

5. **Limits on Discovery**

The parties do not request any changes to the limits on discovery as set forth in the Federal Rules of Civil Procedure.

6. **Likely Areas of Expert Testimony**

Plaintiff believes expert testimony may be required on the following subjects:

a. Accounting of proceeds from sales of collateral by NMAC;

b. The commercial reasonability of sales by NMAC.

Defendants believe that expert testimony will be required on the following subjects:

    a.    Accounting of proceeds from sales of collateral by NMAC;

    b.    The commercial reasonability of sales by NMAC.

7. **Disclosure of Experts**

Disclosures shall comply with Fed. R. Civ. P. 26(a)(2).  The schedule for disclosure is as follows:

    a.    Plaintiff's experts by April 17, 2020.

    b.    Defendant's experts by May 17, 2020.

    c.    Plaintiff's rebuttal experts by June 5, 2020

    d.    Defendants' rebuttal experts by June 19, 2019

8. **Other Scheduling Deadlines**

The parties agree that any amendments to the pleadings and any motions to join additional parties shall be filed by January 15, 2020.  The parties agree that fact discovery will close June 26, 2020.  The parties agree that expert discovery will close July 31, 2020.

9. **Additional Items**

None.

10. **Neutral Evaluation/Mediation**

The parties do not believe a neutral evaluation or mediation would be helpful at this time.

DATED:  October 10, 2019        SEVERSON & WERSON
A Professional Corporation

By:    /s/ *Andrew S. Elliott*
        Andrew S. Elliott

Attorneys for Nissan Motor Acceptance Corporation

DATED: October 10, 2019   JACKSON, MURDO & GRANT

By:    /s/ *Murry Warhank*
       Murry Warhank

Attorneys for Robert Allen Nissan of Helena, Inc. and Robert T. Allen