MARK A. ELLINGSEN, MSB #4880
WITHERSPOON KELLEY
Spokesman Review Building
608 Northwest Boulevard, Suite 300
Coeur d' Alene, ID 83814-2146
Telephone: (208) 667-4000
Facsimile: (208) 667-8470
Email: mae@witherspoonkelley.com

ANDREW S. ELLIOTT (CA State Bar No. 254757), admitted pro hac vice
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for
Nissan Motor Acceptance Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., an Idaho corporation; ROBERT T. ALLEN, an individual,<br><br>　　　　Defendants. | Case No. 6:19-cv-00016-CCL<br><br>STATEMENT OF STIPULATED FACTS |

　　　　Pursuant to L.R. l 6(2)(b)(3), as well as this Court's Order, the parties respectfully submit this joint Statement of Stipulated Facts.

　　　　1.　　Defendant Robert Allen Nissan of Helena, Inc. ("Defendant" or "Robert Allen Nissan") owns and operated a retail automobile dealership located at 3135 Prospect Avenue, Helena, MT 59601.

　　　　2.　　Robert Allen Nissan's shareholder is defendant Robert T. Allen

("Allen").

3. On or about April 6, 2009, Defendant entered into an Automotive Wholesale Financing and Security Agreement ("Wholesale Agreement"), by which NMAC agreed to finance Defendant's acquisition of new and used automobiles, trucks and other vehicles.

4. On or about September 29, 2009, NMAC and Defendant entered into a Nissan Retail Environmental Design Initiative Sign Program – Lease and Maintenance Agreement ("Sign Lease Agreement").

5. On or about March 7, 2014, Defendant entered into a Lease Plan Financing and Security Agreement ("Lease Agreement").

6. On or about April 6, 2009, and in order to induce NMAC to enter into the Wholesale Agreement with Defendant, Allen executed and delivered to NMAC a Continuing Guaranty Agreement (the "Guaranty").

7. Defendant defaulted under the Wholesale Agreement. As a result of Defendant's defaults, NMAC has accelerated all loan balances and has declared all amounts immediately due and owing.

8. Defendant defaulted under the Sign Lease Agreement. Defendant is also in default under the Sign Lease Agreement due to its default under the Wholesale Agreement.

9. Defendant is default under the Lease Agreement due to its default under the Wholesale Agreement.

10. Defendant defaulted on its obligations to NMAC under the terms of the Wholesale Agreement, Sign Lease Agreement and Lease Agreement (collectively referred to as the "Loan Documents"), and Defendant's indebtedness to NMAC under the terms of the Loan Documents is now due and payable in full. Pursuant to the terms and conditions of the Guaranty, Defendant's indebtedness to NMAC under the Loan Documents is an obligation of the Allen.

11. NMAC is entitled to its reasonable attorney's fees and costs incurred by

enforcing its rights under the Wholesale Agreement, Sign Lease Agreement and Lease Agreement.

12. On July 2, 2019, the parties submitted a stipulation regarding Defendant's consent for the court to enter an order for seizure and delivery of personal property collateral (the "Stipulation"). See Dkt. No. 46. Thereafter, and pursuant to the Stipulation, NMAC repossessed the vehicle collateral.

13. NMAC is in the process of disposing of the vehicle collateral. Once complete, NMAC will apply the sale proceeds minus expenses and costs to the outstanding balance owed by Defendant to NMAC.

14. Defendant and Allen do not dispute liability; however, they dispute the calculation of damages and whether NMAC disposed of the vehicles in a commercially reasonable manner.

DATED: October 10, 2019        SEVERSON & WERSON
                               A Professional Corporation


                               By:    /s/ *Andrew S. Elliott*
                                         Andrew S. Elliott

                               Attorneys for Nissan Motor Acceptance Corporation

DATED: October 10, 2019        JACKSON, MURDO & GRANT


                               By:    /s/ *Murry Warhank*
                                         Murry Warhank

                               Attorneys for Robert Allen Nissan of Helena, Inc. and Robert T. Allen