OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of Administration

Coleen Hanley
Chief Deputy of Operations

October 16, 2019

In Re:  Signature and Login
Document:  Joint Discovery Plan; Statement of Stipulated Facts and Preliminary Pretrial Statement
Document Numbers:  54, 55 and 56
Date Filed:  October 11, 2019
Case Number:  CV-19-016-H-CCL

Dear Mark Ellingsen:

The signature on the above documents does not match the login used to e-file the document.

Counsel is reminded that pursuant to the Guide for Filing in the District of Montana, the signature on the document and the login used to e-file the document must match.

This notice is for your information for future filings, the document does not need to be re-filed.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,


/s/ Julie Hollenbeck
Deputy in Charge
Telephone: (406) 247-2311
E-Mail:  julie_hollenbeck@mtd.uscourts.gov
Website: www.mtd.uscourts.gov