MARK A. ELLINGSEN, MSB #4880
WITHERSPOON KELLEY
Spokesman Review Building
608 Northwest Boulevard, Suite 300
Coeur d' Alene, ID 83814-2146
Telephone: (208) 667-4000
Facsimile: (208) 667-8470
Email: mae@witherspoonkelley.com

ANDREW S. ELLIOTT (CA State Bar No. 254757), admitted pro hac vice
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for
Nissan Motor Acceptance Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF MONTANA

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., an Idaho corporation; ROBERT T. ALLEN, an individual,<br><br>        Defendants. | Case No. 6:19-cv-00016-CCL<br><br>JOINT STIPULATED REQUEST TO VACATE NOVEMBER 6, 2019 PRELIMINARY PRETRIAL CONFERENCE |

06888.0266/15099051.1

# **JOINT REQUEST**

Please take notice that Plaintiff Nissan Motor Acceptance Corporation ("NMAC") and defendants Robert Allen Nissan of Helena, Inc. ("Dealer") and Robert T. Allen ("Allen") (collectively Dealer and Allen are referred to as "Defendants") (collectively NMAC, Dealer and Allen are referred to as the "Parties") have agreed to resolve this matter and are in the process of finalizing a stipulation for entry of judgment (the "Stipulation"). The Parties anticipate finalizing the Stipulation later today. Once finalized, the Parties will submit the Stipulation and a proposed judgment within two court days.

In light of the forgoing, and in an effort to conserve the Court's and Parties' resources, the Parties respectfully request that the Court vacate the Preliminary Pretrial Conference currently scheduled to occur on November 6, 2019 at 9:30 a.m. (Dkt. 41).

DATED: November 4, 2019        JACKSON, MURDO & GRANT, P.C.

By:    /s/ *Murry Warhank*
                Murry Warhank

Attorneys for Robert Allen Nissan of Helena, Inc. and Robert T. Allen

DATED: November 4, 2019        WITHERSPOON KELLEY

By:    /s/ *Mark A. Ellingsen*
                Mark A. Ellingsen

Attorneys for
Nissan Motor Acceptance Corporation