FILED
NOV 05 2019
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT ALLEN NISSAN OF HELENA, INC., and ROBERT T. ALLEN, individually, <br><br> Defendants. | CV-19-16-H-CCL <br><br> Order |

Before the Court is the parties Joint Stipulated Request to Vacate November 6, 2019 Preliminary Pretrial Conference which the Court considers an unopposed motion to vacate the pretrial conference. The parties indicate they have "agreed to resolve this matter and are in the process of finalizing a stipulation for entry of judgment." (Doc 59 at 2). The parties further indicate they anticipate finalizing the stipulation proposed judgment and filing it with the Court within two court days. Accordingly and for good cause shown,

IT IS HEREBY ORDERED the Preliminary Pretrial Conference set for November 6, 2019 at 9:30 a.m. is **vacated.**

IT IS FURTHER ORDERED that the parties shall file a Stipulation of Dismissal and proposed Judgment by close of business on November 7, 2019.

Dated this 5th day of November, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE