UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, INC., an Idaho corporation; ROBERT T. ALLEN, an individual,<br><br>Defendants. | CV 19-160-H-CCL<br><br>ORDER |

Before the Court is a Stipulation for Entry of Judgment between Plaintiff Nissan Motor Acceptance Corporation ("NMAC") and Defendants Robert Allen Nissan of Helena, Inc. ("Dealer") and Robert T. Allen ("Allen"). (Doc. 61). Good cause appearing,

**IT IS ORDERED:**

1. Judgment in the amount of $2,535,253.77 shall be entered in favor of NMAC and against Dealer and Allen on NMAC's Complaint filed on February 22, 2019.

2. NMAC, as the prevailing party in this action, is entitled to recover its reasonable costs in this action upon a proper application to the Court.

The Clerk shall enter judgment accordingly.

Done and dated this 7th day of November, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE