UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN NISSAN OF HELENA, an Idaho corporation; ROBERT T. ALLEN,<br><br>        Defendants. | Case No. CV-19-016-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment in the amount of $2,535,253.77 be entered in favor of NMAC and against Dealer and Allen on NMAC's Complaint filed on February 22, 2019.

      Dated this 7th day of November, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Julie Hollenbeck
                              Julie Hollenbeck, Deputy Clerk